In re:                                              Case no.19-21442-LMI

Steven John Bransfield,Jr..                         Chapter 11

Debtor.

Clerk, The United States Bankruptcy Court,C.

Clyde Atkins United States Courthouse,

301 North Miami Avenue Room 150,

Miami,Fl. 33128



When Steven Bransfields emailed me December 2017 I was involved with Mobe/Matt Lloyd.

I had just finished my 21 steps and invested $17,532.00 only reaching the Silver Masterclass.

To go any further with Mobe the next Masterclasses Titanium-$10,000, Platium-$16,670.00,

Diamond-$30,000 were expected to be purchased.

Steven's email offered an invivation to: Steven Bransfield Inner Circle and he also offered a

Program called AutoPilot IMF Registration Funnel which later became Textii.

There were 3 steps only costing $11,995.

1. 100-150 free 3 day high converting funnels

5-10 sales

2.Hand written Professional Facebook Ad copy

In depth complete video

Facebook Ads Training

3.Step by step Coaching & Mentoring

4.24/7 30 day marketing campaign

Optimization & management

2.Custom Branded E. Book

15-20 page

Landing Page

Lead Qualification

Email Follow up

Facebook Ad Training

24/7 30 days

Coachig & Mentor

3. 2-Step MTTB Sales Funnel

Bing Ads & Bing Ad Training

Facebook Training 24/7

All of these were never seen and I never made any monies and ended up spending

A lot more on the advertisting.

The small amount of coaching I received was given in 30 minute sessions which were

Way too short to get the proper help you need.

He was still using Mobes format the IM FREEDOM EVENT in Textii to have me try to build ads

For Faceook.

Unfortunately, as I made no sales I was forced to stop Facebook ads drained my funds.

Also, all my information was stored in Textii, and the web sites have been closed so I have

No access to my account.

Thank you,

Desda Chriss

2324 Maple Park Dr.

Medford Or, 97501

702-856-6396

Baredes1@yahoo.com

## MOBE INVOICE

mohamad.a@mobe.com
baredes1@yahoo.com
Wednesday, October 25, 2017 07:27:34 AM PDT

Hi Desda,

Thank you for purchasing

| | | | |
|---|---|---|---|
| Silver Masterclass Affiliates 1 Pay | 1 | $2,497.00 | $2,497.00 |
| Gold Masterclass ($0 Included With Silver) | 1 | $0.00 | $0.00 |
| | Sub Total | | $2,497.00 |
| | Total | | $2,497.00 |

Here is a receipt for your records.

Order ID    864679           MOBE Ltd.
Order Date  Oct 25, 2017     B1-28-8, Soho Suites at KLCC, No. 20 Jalan Perak, 50450
Grand Total $2,497.00        Kuala Lumpur, Malaysia

Desda Chriss

Desda Chriss
2324 Maple Park Dr
Medford, Oregon
97501

| | | | |
|---|---|---|---|
| Silver Masterclass Affiliates 1 Pay | 1 | $2,497.00 | $2,497.00 |
| Gold Masterclass ($0 Included With Silver) | 1 | $0.00 | $0.00 |
| | Sub Total | | $2,497.00 |
| | Total | | $2,497.00 |

If you have any questions about your order, don't hesitate to reach out to our friendly customer support team:

I look forward to helping you grow your online business.

# Wire Transfer Outgoing Request

 CHASE

## Wire Transfer Sender Information

| | |
|---|---|
| Sender Name: DESDA L CHRISS | |
| Account Name: DESDA L CHRISS | Street Address: 2324 MAPLE PARK DR |

| City: MEDFORD | State: OR | Zip: 97501-6642 | Country: USA | Daytime Phone: 702-856-6396 |
|---|---|---|---|---|
| Primary ID Type: Driver's License | ID Issuer: OR | ID Number: 3752510 | ID Issue Date: | ID Exp: 01/18/2020 |
| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |

Comments:

## Wire Transfer Information

| Request Date: 11/30/2017 | Request time: 04:20:01PM Eastern time | Effective date: 11/30/2017 | Wire Type: Domestic |
|---|---|---|---|
| Debit Account #: **********0670 | Debit Account Type: PREMIER PLUS CKG | Available balance: $20,699.51 | Wire Amount (US dollars): $15,000.00 |
| Qualifying Account #: | Qualifying Account Type: | Source of funds: Checking | Wire Fee: $35.00 |
| Currency type to be sent: US Dollars | Exchange rate: N/A | Foreign currency amount: N/A | Amount to Collect (USD): $15,035.00 |
| FX Contract Number: | | | |

## Recipient Account Information

| | |
|---|---|
| Account Name: MOBEPROCESSING.COM INC | |
| Street Address: | Account Number: 237034153505 |
| | City: | State: | Zip: | Country: |

Text to Recipient: Titanium & Platinum for Desda Chriss

## Receiving Bank Information

| | |
|---|---|
| Bank Name: Bank of America, National Association | |
| Street Address: 1688 GLIDEWELL DR | Bank ABA/SWIFT Code: 053000196 |
| | City: BURLINGTON | State: NC | Zip: 27215 | Country: USA |
| Intermediary Bank Name: | |
| Street Address: | Intermediary Bank ABA: |
| | City: | State: | Zip: | Country: |

Text to Receiving Bank:

