**From:** Lori Gajewski <gajewski4@yahoo.com>
**Sent:** Sunday, February 23, 2020 1:33 PM
**To:** Aaron Wernick <awernick@furrcohen.com>
**Subject:** further review

The attached payment made for services for WeRunAds was set up through Steven Bransfield SB&A Media to continue my business as an affiliate with Mr. Bransfield.  The attached amount was paid to him with the understanding that I would have continued support.  Where is that support now?
Also, this was offered to me as a "scholarship".  Now, where is the ongoing support for that?
Please review
thanks
Lori Gajewski

## Order Receipt from Order #1736173

From: SB&A Media (noreply@samcart.com)

To: gajewski4@yahoo.com

Date: Monday, December 4, 2017, 12:13 AM CST

**Customer**
Lori Gajewski
gajewski4@yahoo.com
000-000-0000
R752 Emerald Lane
Edgar, WI 54426 United States

**Order ID:** #1736173
**Receipt Date:** December 4th, 2017

| | |
|---|---:|
| WeRunAds Order Form $5k | $5,000.00 |
| **Total** | **$5,000.00** |

# Order Receipt from Order #1736171

From: SB&A Media (noreply@samcart.com)
To: gajewski4@yahoo.com
Date: Monday, December 4, 2017, 12:12 AM CST

**Customer**
Lori Gajewski
gajewski4@yahoo.com
000-000-0000
R752 Emerald Lane
Edgar, WI 54426 United States

**Order ID:** #1736171
**Receipt Date:** December 4th, 2017

| | |
|---|---:|
| WeRunAds Order Form $5k | $5,000.00 |
| **Total** | **$5,000.00** |

## Order Receipt from Order #1736128

From: SB&A Media (noreply@samcart.com)
To: gajewski4@yahoo.com
Date: Sunday, December 3, 2017, 11:43 PM CST

**Customer**
Lori Gajewski
gajewski4@yahoo.com
000-000-0000
R752 Emerald Ln
Edgar, WI 54426 United States

**Order ID:** #1736128
**Receipt Date:** December 4th, 2017

| | |
|---|---:|
| WeRunAds Order Form $5k | $5,000.00 |
| **Total** | **$5,000.00** |