UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                                  Case No. 19-21442-LMI
                                                                         Chapter 11
STEVEN JOHN BRANSFIELD, JR.,

          Debtor.
_____/

**DEBTOR'S FOURTH MOTION TO EXTEND EXCLUSIVITY PERIOD TO FILE A PLAN AND DISCLOSURE STATEMENT AND EXTEND EXCLUSIVITY PERIOD TO SOLICIT ACCEPTANCES THERETO**

    STEVEN JOHN BRANSFIELD, JR., Debtor and Debtor in Possession (the "Debtor"), by and through undersigned counsel, hereby move this Court to enter an Order extending the exclusive period within which only the Debtor may propose a Plan and within which only the Debtor may solicit acceptances to his Plan, and in support thereof states as follows:

**JURISDICTION AND VENUE**

    1.    The Court has jurisdiction over this matter, the parties in interest, and the property and interests in property affected hereby, pursuant to 28 U.S.C. §§157 and 1334. Consideration of this matter is a core proceeding under 28 U.S.C. §157(b)(2)(A).

    2.    The statutory predicates for relief sought are 11 U.S.C. §§105(a) and 1121.

**BACKGROUND**

    3.    This case was commenced by the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code on August 26, 2019 [ECF 1].

    4.    Pursuant to 11 U.S.C. §§1107(a) and 1108, the Debtor is managing his affairs as a debtor-in-possession. As of the date hereof, no trustee, or examiner has been

appointed in this Chapter 11 case.

5. On July 2, 2020, the Court entered an *Order Granting Debtor's Third Motion to Extend Exclusivity Period to File a Plan and Disclosure Statement and Extend Exclusivity Period to Solicit Acceptances Thereto* [ECF 256]. The Court set the deadline for the Debtor's exclusive right to file a plan of reorganization through and including **September 21, 2020** and the deadline for the Debtor's exclusive right to solicit acceptances to his plan through and including **November 17, 2020**. This Motion is timely filed.

## RELIEF REQUESTED AND BASIS FOR RELIEF REQUESTED

6. Through this motion, the Debtor respectfully requests that this Court enter an Order extending the Debtor's exclusive right to file a plan of reorganization for a ninety day period, through and including **December 21, 2020**, and extending the Debtor's exclusive right to solicit acceptances of a plan for a ninety day period through and including **February 15, 2021.**

7. The Debtor is currently analyzing filed claims and the responses to his objections to claims, the resolution of which will have a material effect on the formulation of a plan. In addition, the Debtor is still waiting on claimant Ms. Alford and her counsel Ms. Garcia as to the proposed evidentiary hearing on Ms. Alford's claim. Also, the Debtor is in negotiations with various remaining allowed unsecured creditors as to proposed payouts.

8. This Motion is the Debtor's fourth request for an extension of exclusivity.

9. The Debtor is seeking an extension in good faith and not to unnecessarily delay the progress of his case. Such an extension, if granted, will not prejudice the legitimate interests of creditors and other parties in interest.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order extending the Debtor's exclusivity period to file a plan and disclosure statement for ninety days through and including **December 21, 2020**, and the Debtor's exclusivity period to solicit acceptances to the plan for ninety days through and including **February 15, 2020**, without prejudice to seeking further extensions in the event circumstances require it, and granting any other and further relief as this Court deems just and proper.

Dated: September 21, 2020

Wernick Law, PLLC
*Attorneys for the Debtor*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561)961-0922/(561)431-2474 fax

By: */s/Aaron A. Wernick*
Aaron A. Wernick, Esquire
FL Bar No.: 14059
E-mail: awernick@wernicklaw.com